IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| JENNIFER MCBRIDE and | ) | |
| CHRISTINA MOLINA | ) | |
| Individually and on behalf of similarly | ) | |
| situated employees, | ) | |
| | ) | No. 3:15-cv-10-PLR-CCS |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| ROGER CUNNINGHAM d/b/a | ) | |
| THE BED STORE, and | ) | |
| ROGER CUNNINGHAM, Individually, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

This case is before the undersigned pursuant to 28 U.S.C. § 636, the Rules of this Court, and Standing Order 13-02.

Now before the Court is parties' Joint Motion for Defendants' Withdrawal of their Motion to Stay Proceedings on Plaintiffs' Motion for Conditional Class Certification, Expedited Discovery, and Court Authorized Notice [Doc. 27] filed on March 18, 2015. Therein, the Plaintiffs and Defendants move that the Defendants be granted permission to withdraw their Motion to Stay [Doc. 20] that was filed on March 4, 2015.

Based upon the expressed agreement by all parties, the Joint Motion for Defendants' Withdrawal of their Motion to Stay Proceedings on Plaintiffs' Motion for Conditional Class Certification, Expedited Discovery, and Court Authorized Notice **[Doc. 27]** is well-taken and is **GRANTED**. Accordingly, Defendants' Motion to Stay Proceedings on Plaintiffs' Motion for

Conditional Class Certification, Expedited Discovery, and Court Authorized Notice **[Doc. 20]** is hereby **DENIED AS MOOT**.

**IT IS SO ORDERED.**

ENTER:

s/ C. Clifford Shirley, Jr.
United States Magistrate Judge